

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The court has received a letter dated May 21, 2015, from Hari Prasad Kalakonda and Latha Kalakonda, appellants in Appeal No. 04-15-00114-CV. This appeal is from the trial court's final judgment confirming an arbitration award in trial court cause no. 2014-CI-16394.

In the letter, appellants assert that the proceedings in a new trial court cause (no. 2015-CI-01910) are integrally related to the issues in this appeal. Appellants request this court to review the actions of the trial court in trial court no. 2015-CI-01910 in this appeal from trial court no. 2014-CI-16394.

We construe the letter as the Kalakondas' notice of appeal from an order in trial court cause no. 2015-CI-01910 and a request to consolidate the new appeal with appeal no. 04-15-00114-CV.

We **order** the Clerk of this court to open a new appeal from trial court number 2015-CI-01910, and to style the appeal, Hari Prasad Kalakonda and Latha Kalakonda, Appellants, v. Aspri Investments, LLC, Appellee. The new appeal will be Appeal No. **04-15-00340-CV**. We **order** the Clerk to file copies of appellants' May 21, 2015 letter and this order in both appeals and to send copies of the letter and this order to the trial court clerk for filing.

We **order** appellants must pay the appellate filing fee for the new appeal to the Clerk of this court by **June 8, 2015**. We further **order** appellants must file an amended notice of appeal in Appeal No. **04-15-00340-CV** by **June 8, 2015**, identifying and stating the date of the judgment

or order in trial court no. 2015-CI-01910 they are appealing from. If appellants fail to pay the appellate filing fee or to file an amended notice of appeal as ordered, the new appeal may be dismissed.

Appellants must also request the trial court clerk and court reporter to file the record in the new appeal. If the appeal is from an interlocutory order, the appeal is accelerated and the record is due ten days after the notice of appeal is filed.

After a clerk's record has been filed in the new appeal and if we determine we have jurisdiction over the appeal, the court will consider whether to consolidate the appeals for purposes of briefing and argument.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court